DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT BLUMENTHAL,**
Appellant,

v.

**ROLANDO GARCIA,**
Appellee.

No. 4D2023-0573

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE22-003449.

Mark S. Roher of Law Office of Mark S. Roher, P.A., Pembroke Pines, for appellant.

Kelly J. H. Garcia and Carlos J. Reyes of Gray Robinson, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***